UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:23 MJ 8053- 1  SRW |
| | ) | |
| DEVONTE PATE, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MOTION FOR PRETRIAL DETENTION AND HEARING</u>

The United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and C. Ryan Finlen, Assistant United States Attorney for said District, moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1.      Defendant is charged by complaint with possessing a possessing fentanyl with intent to distribute it on Mach 9, 2023. The facts supporting that charge are set forth in a sworn affidavit. In short, Defendant drove fentanyl to a drug deal bringing with him two friends (one a convicted felon) several hundred capsules, and four firearms.

2.      After the distribution, Defendant sped off. After the vehicle was stopped by the police, Defendant fled on foot.

3.      This all occurred within a year of Defendant completing a five-year term of probation. From September 2017 to September 2022, Defendant was on probation following a suspended imposition of sentence in the 21st Judicial Circuit for unlawful use of a weapon.

4.      Given the strength of the evidence in this case, coming so recently after Defendant

finished serving a term of probation, the Section 3142 factors weigh in favor of pretrial detention.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ C. Ryan Finlen
C. RYAN FINLEN, #6305918(IL)
Ryan.Finlen@usdoj.gov
Assistant United States Attorney